**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Northern Division (Baltimore)**

| | |
|---|---|
| MATTHEW STRAUBMULLER, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 23-CV-00384-DKC |
| v. | |
| JETBLUE AIRWAYS CORP., | |
| Defendant. | |

**DEFENDANT JETBLUE AIRWAYS CORP.'S**
**MOTION TO DISMISS THE COMPLAINT**

Defendant JetBue Airways Corp. ("JetBlue"), by its undersigned attorneys and pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, moves this Court to dismiss with Complaint filed by Plaintiff Matthew Straubmuller without prejudice based on Plaintiff's lack of standing and for lack of personal jurisdiction over JetBlue, or with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). In support thereof, JetBlue submits the accompanying memorandum of law. Dated this 17th day of April, 2023.

Respectfully submitted,

*/s/ Tonya M. Esposito, Esquire*
Tonya M. Esposito, Esq. (MD No. 15338)
Greenberg Traurig, LLP
2101 L Street, NW
Washington, DC 20037
Telephone: 202-331-3111
Facsimile: 202-331-3101
Tonya.Esposito@gtlaw.com

Jacob D. Bundick, Esq. (admitted *pro hac vice*)
10845 Griffith Peak Drive, Suite 600

Las Vegas, Nevada 89135
(T): (702) 792-3772
(F): (702) 792-9002
bundickj@gtlaw.com

Rebekah S. Guyon, Esq. (admitted *pro hac vice*)
1840 Century Park East, Ste. 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7716
Rebekah.guyon@gtlaw.com

*Counsel for Defendant JetBlue Airways Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2023, I electronically filed the foregoing Request for Judicial Notice using the CM/ECF System which will send notification of such filing to all counsel of record.

Respectfully submitted,

*/s/ Tonya M. Esposito, Esquire*
Tonya M. Esposito, Esq. (MD No. 15338)
Greenberg Traurig, LLP
2101 L Street, NW
Washington, DC 20037
Telephone: 202-331-3111
Facsimile: 202-331-3101
Tonya.Esposito@gtlaw.com

*Counsel for Defendant JetBlue Airways Corp.*

2