IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MATTHEW STRAUBMULLER,
individually and on behalf
of all others similarly
situated,

    v.      :    Civil Action No. DKC 23-384

JETBLUE AIRWAYS CORP.

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 1st day of September, 2023, by the United States District Court for the District of Maryland, ORDERED that:

1.    The motion to dismiss filed by Defendant Jetblue Airways Corporation (ECF No. 11) BE, and the same hereby IS, GRANTED;

2.    The Complaint BE, and the same hereby IS, DISMISSED for lack of standing; and

3.    The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.

                                                /s/
                                      DEBORAH K. CHASANOW
                                      United States District Judge